No. 134. I. J. GORDON ET AL. *v.* W. T. RAWLEIGH COMPANY. Error to the Supreme Court of the State of Oklahoma. Argued December 9, 1927. Decided December 9, 1927. Dismissed for want of jurisdiction. Writ of certiorari denied. *Mr. Cicero I. Murray,* with whom *Mr. John B. Dudley* was on the brief, for plaintiffs in error. *Mr. Sam K. Sullivan* for defendant in error.

---

No. 135. CHARLES THOMASON, LENA NEILL, SURVIVING WIDOW, ET AL. *v.* W. T. RAWLEIGH COMPANY. Error to the Supreme Court of the State of Oklahoma. Argued December 9, 1927. Decided December 9, 1927. Dismissed for want of jurisdiction. Writ of certiorari denied. *Mr. Cicero I. Murray,* with whom *Mr. John B. Dudley* was on the brief, for plaintiffs in error. *Mr. Sam K. Sullivan* for defendant in error.

---

No. 138. F. C. LENTON, H. M. WILSON, AND E. H. RAY *v.* THE UNION NATIONAL BANK OF MINOT. Error to the Supreme Court of North Dakota. Argued December 9, 1927. Decided December 9, 1927. Dismissed for want of jurisdiction. Writ of certiorari denied. *Mr. H. L. Halverson,* with whom *Messrs. Spencer Gordon* and *Paul E. Short* were on the brief, for plaintiffs in error. *Messrs. P. A. Nestos* and *Vernon E. Sknersen* for defendant in error.